GERTRUDE ULLRICH, complainant-respondent,

*v.*

JOSEPH ULLRICH, defendant-appellant.

[Submitted May term, 1948. Decided September 3d, 1948.]

*Mr. Samuel F. Penza,* for the complainant-respondent.

*Mr. Simon M. Seley* (*Mr. Charles M. Grossman,* of counsel), for the defendant-appellant.

PER CURIAM.

Our examination of the record and consideration of the various points submitted on appeal lead us to the conclusion that the decree under review should be affirmed. The decree is affirmed.

*For affirmance*—THE CHIEF-JUSTICE, BODINE, DONGES, HEHER, COLIE, WACHENFELD, EASTWOOD, BURLING, JACOBS, WELLS, DILL, FREUND, McLEAN, SCHETTINO, JJ. 14.

*For reversal*—None.